UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
JESSICA NELSON,                    )
                                   )  No. C06-1142RSL
              Plaintiff,           )
       v.                          )
                                   )  ORDER STRIKING NOTICE
FEDERAL WAY DEPARTMENT OF          )  OF SUBSTITUTION OF COUNSEL
PUBLIC SAFETY,                     )
                                   )
              Defendant.           )
_____)

This matter comes before the Court on defendant Federal Way Department of Public Safety's "Notice of Substitution of Counsel" (Dkt. #11). Under Local General Rule 2(g)(4)(A), "No attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court. Leave shall be obtained by filing a motion or a stipulation for withdrawal[.]" Defendant's counsel did not obtain leave of court as required by this rule. Accordingly, defendant's notice of substitution (Dkt. #11) is hereby STRICKEN because it does not comply with Local General Rule 2(g)(4)(A).

DATED this 25th day of January, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER STRIKING NOTICE OF
SUBSTITUTION OF COUNSEL