UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>               Plaintiffs,<br>   v.<br><br>JAMES HANSON,<br><br>               Defendant. | Case No. C05-1142RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. Under Local Civil Rule 41(b)(1):

> Any case that has been pending in this court for more than one year without any proceeding of record having been taken may be dismissed by the court on its own motion for lack of prosecution. The plaintiff in any such action will be given an opportunity to show cause in writing, or at the court's election in open court, why the case should not be dismissed. A dismissal under this subparagraph will operate as an adjudication on the merits, as provided for in Fed. R. Civ. P. 41(b), unless the court orders otherwise.

The above-captioned case has been pending in this court for more than one year without any proceeding of record. Accordingly, plaintiffs are ORDERED TO SHOW CAUSE why the case should not be dismissed.

Plaintiffs shall file their responsive memoranda no later than Thursday, February 8, 2007.

ORDER TO SHOW CAUSE

1  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for
2  Friday, February 9, 2007.

3
      DATED this 25th day of January, 2007.
4

5

6                                     /s/ Robert S. Lasnik
7                               Robert S. Lasnik
                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE                          -2-