UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                      )
JESSICA NELSON,                       )
                                      )   No. C06-1142RSL
                    Plaintiff,        )
          v.                          )   ORDER DIRECTING SERVICE
                                      )
FEDERAL WAY DEPARTMENT OF             )
PUBLIC SAFETY,                        )
                                      )
                    Defendant.        )
_____)

On June 5, 2007, the Court granted plaintiff's counsel of record's motion to withdraw and granted leave to plaintiff to proceed *pro se* in this matter. See Dkt. #34. Now that plaintiff is proceeding *pro se*, the Clerk of Court is directed to send a copy of this Order along with a copy of the docket and the three documents filed by the Court on June 5, 2007 (Dkt. ##32, 33, and 34) to plaintiff by first class mail. The documents should be sent to plaintiff at the following address:[1]

    Jessica Nelson
    2440 - 54th Place SW #2
    Seattle, WA 98116

---

[1] Plaintiff provided this return address to the Court when she improperly sent an *ex parte* letter to the Court, which was received but not read by the Court in accordance with Cannon 3(A)(4) of the Code of Conduct for United States Judges. On or about May 18, 2007, the Court returned the unread letter to the address listed above. Plaintiff is reminded that no direct communication is to take place with the Judge with regard to this case. All relevant information and papers are to be sent to the Clerk of Court.

ORDER DIRECTING SERVICE

1  If plaintiff's address changes, she is required to advise the Court and opposing parties of
2  her new address.  <u>See</u> Local Civil Rule 41(b)(2) ("A party proceeding pro se shall keep the court
3  and opposing parties advised as to [her] current address.  If mail directed to a pro se plaintiff by
4  the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing
5  parties within sixty days thereafter of [her] current address, the court may dismiss the action
6  without prejudice for failure to prosecute.").

  DATED this 6th day of June, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING SERVICE              -2-