1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

_____
)
JESSICA NELSON,                        )
                                       )    No. C06-1142RSL
              Plaintiff,               )
       v.                              )
                                       )    ORDER GRANTING DEFENDANT'S
FEDERAL WAY DEPARTMENT OF              )    MOTION FOR SUMMARY
PUBLIC SAFETY,                         )    JUDGMENT
                                       )
              Defendant.               )
_____)

This matter comes before the Court on "The City's Motion for Summary Judgment." Plaintiff has not opposed defendant's request for judgment and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). Defendant's motion is therefore GRANTED and plaintiff's claims are hereby DISMISSED with prejudice. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

DATED this 1st day of October, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT